UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMMIE LAUGHLIN and LISA MONTANARO, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE BIRD BIO, INC., ANDREW OBENSHAIN, MARK VACHON, JOHN O. AGWUNOBI, M.D., MICHAEL CLOONAN, CHARLOTTE JONES-BURTON, M.D., M.S., ELISABETH LEIDERMAN, M.D., NICK LESCHLY, RICHARD PAULSON, NAJOH TITA-REID, CARLYLE GROUP INC., and SK CAPITAL PARTNERS, LP, <br><br> Defendants. | Case No. 25-cv-2497 <br><br><br> Hon. Charles P. Kocoras |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS MOOT

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss with prejudice their claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of any responsive pleading or motion.

On March 21, 2025, Defendant blue bird bio, Inc. filed an amended Schedule Tender Offer/ Offer to Purchase with the Securities and Exchange Commission (the "Amended TO"). Plaintiffs believe that certain information in the Amended TO mooted their claims in this action.

Plaintiffs respectfully request that the Court enter an order stating that Plaintiffs may file a mootness fee petition within 91 days, pursuant to Local Rule 54.3(b).

Dated: April 15, 2025                                              Respectfully submitted,

**ADEMI LLP**

By:     */s/ John D. Blythin*
          Guri Ademi (SBN 1021729)
          Shpetim Ademi (SBN 1026973)
          John D. Blythin (SBN 1046105)
          Jesse Fruchter (SBN 1097673)
          3620 East Layton Avenue
          Cudahy, Wisconsin 53110
          Tel. 414-482-8000
          Fax 414-482-8001
          gademi@ademilaw.com
          sademi@ademilaw.com
          jblythin@ademilaw.com
          jfruchter@ademilaw.com

*Attorneys for Plaintiff*