# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cammie Laughlin, et al.
                           Plaintiff,

v.                                                   Case No.: 1:25−cv−02497
                                                        Honorable Charles P. Kocoras

bluebird bio inc, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiffs filed a notice of voluntary dismissal [18]. Accordingly, all claims against Defendants are dismissed with prejudice as moot. Plaintiffs may file a mootness fee petition by 7/15/2025. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.